UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Cordero Cephas                                    Docket No. 7:12-CR-123-1D

### Petition for Action on Supervised Release

COMES NOW John A. Cooper, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Cordero Cephas, who, upon an earlier plea of guilty to 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute and Distribute a Quantity of Heroin, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on August 8, 2013, to the custody of the Bureau of Prisons for a term of 60 months. On February 1, 2016, the Court reduced the term of imprisonment to 49 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Cordero Cephas was released from custody on March 15, 2016, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On August 29, 2017, the defendant committed the offense of Failing to Stop at the Scene of an Accident Resulting in Property Damage (New Hanover County Case No. 17 CR4268). He returned to the scene later and was arrested and charged by the Wilmington, NC, Police Department. The charge remains pending. The defendant has admitted being involved in this incident but blacked out prior to the incident without any explanation.

On August 3 and September 5, 2017, the defendant submitted to urine testing and the result of each sample tested was positive for cocaine. He has signed an Admission of Drug Use form acknowledging the validity of the tests results. Prior to the above-noted violation incidents, the defendant was being supervised in the Low Intensity program and he continues to be employed and reports as directed. However, due to his repeated violation conduct, it is recommended the defendant be placed in the DROPS Program and serve a 5 day jail sentence. He has been returned to regular supervision and referred to drug treatment and increased testing. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 5 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ John A. Cooper<br>John A. Cooper<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2046<br>Executed On: October 4, 2017 |

## ORDER OF THE COURT

Considered and ordered this __10__ day of __October__, 2017, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge